CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 2 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CANDICE ELIZABETH HARMON, ) | |
|     Plaintiff, ) | Civil Action No. 7:07CV00080 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| FLUVANNA CORRECTIONAL ) | |
| CENTER FOR WOMEN ET AL., ) | By Hon. Glen E. Conrad |
|     Defendant. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED** as follows:

1. Plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and

2. Plaintiff's motion to proceed in forma pauperis shall be and hereby is **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant, if known.

ENTER: This 26th day of February, 2007.

/s/ Glen E. Conrad
United States District Judge

Dockets.Justia.com