# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 6 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

CANDICE ELIZABETH HARMON, )
    **Plaintiff,** )       **Civil Action No. 7:07CV00080**
         )
**v.** )       **FINAL ORDER**
         )
FLUVANNA CORRECTIONAL )
CENTER FOR WOMEN ET AL., )       **By Hon. Glen E. Conrad**
    **Defendant.** )       **United States District Judge**

In accordance with the accompanying memorandum opinion, it is now

**ORDERED** as follows:

1. Plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice,

    pursuant to 28 U.S.C. § 1915A(b)(1); and

2. Plaintiff's motion to proceed in forma pauperis shall be and hereby is

    **DISMISSED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the plaintiff and counsel of record for the defendant, if known.

**ENTER**: This 26ᵗʰ day of February, 2007.

_____
United States District Judge